**DISMISS; and Opinion Filed May 3, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01321-CV**

## IN THE INTEREST OF A.J.M., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00527**

# MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Appellant's brief has not been filed despite appellant being cautioned, by postcard dated March 26, 2019, that failure to file the brief by April 5, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id*. 38.8(a)(1); 42.3(b), (c).

/Ken Molberg/
KEN MOLBERG
JUSTICE

181321F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.J.M., A CHILD

No. 05-18-01321-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-18-00527.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 3rd day of May, 2019.